AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Target Devices 2 more particularly described in attachment A-2 | )<br>)<br>)   Case No.   MJ23-24 (2)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location)*:

Electronic devices and media seized by the King County Sheriff's Department on November 8, 2022, from the residence at 15325 1st Ave S, Burien, WA 98148 ("Target Devices 2"), more particularly described in Attachment A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2 for List of Items to be Seized.

**YOU ARE COMMANDED** to execute this warrant on or before     February 2, 2023     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any U.S. Magistrate Judge in this district     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     January 19, 2023 at 9: 45 am          *[signature: S. Kate Vaughan]*
                                                                               *Judge's signature*

City and state:     Seattle, Washington          S. Kate Vaughan, U.S. Magistrate Judge
                                                                 *Printed name and title*

USAO: 2023R00049

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: MJ23-24(2) | Date and time warrant executed: Jan 25, 2023, 0945 | Copy of warrant and inventory left with: SA YOSHIKO MARENKO |
|---|---|---|

Inventory made in the presence of:
SA YOSHIKO MARENKO, USSS

Inventory of the property taken and name of any person(s) seized:

Items transferred to USSS, Seattle, WA for digital forensic examination

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Jan 25, 2023

_____
Executing officer's signature

Eric Huynh, Postal Inspector
Printed name and title

USAO: 2023R00049